```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 0 3 2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
CUSTOMERS BANK, F/K/A NEW CENTURY BANK
         Plaintiff,

-v-                                             11 Civ. 07992 (AJN)

                                                                ORDER

ANMI, INC., D/B/A/ NATURALLY TASTY AND
HYON CHON WASHINGTON,
         Defendants.
----------------------------------------------------------------X

ALISON J. NATHAN, District Judge:

      This is an action to recover on a promissory note. On December 12, 2012, the Court granted summary judgment to Plaintiff Customers Bank on the issue of liability and referred the matter to Magistrate Judge Freeman for an inquest on damages. *See* Dkt. No. 25.

      On January 8, 2014, Magistrate Judge Freeman issued a Report & Recommendation ("R & R") recommending that Plaintiff be awarded judgment against Defendants Anmi, Inc. and Hyon Chon Washington in the amount of: (1) $163,204.12 in unpaid principal on the loan; (2) $25,327.52 interest for the period of June 1, 2009, through and including December 31, 2011; (3) $9,790.50 interest for the calendar year of 2012; and (4) an amount to be calculated by the Clerk of Court for the period from January 1, 2013, to the date of entry of judgment, based on interest of $26.83 per day for that period; (5) $1,731.18 in unpaid late fees; (6) $5,150.00 in attorneys' fees; and (7) $435.05 in costs.. Dkt. No. 33, at 20.

      The R & R further gave Plaintiff and Defendants ten days in which to file written objections. That deadline has passed without any objections being filed.

      When a magistrate judge issues findings or recommendations, the district court "may accept, reject, or modify [them] in whole or in part." 28 U.S.C. § 636(b)(1). Because no objections have been filed, the Court reviews the R & R for clear error only. *See Lyman v. New York Presbyterian Hosp.*, 11 Civ. 3889, 2013 WL 427178, at *1 (S.D.N.Y. Feb. 1, 2013) (quoting *Gomez v. Brown*, 655 F. Supp. 2d 332, 341 (S.D.N.Y. 2009)). Having reviewed the R & R and found no clear error, the Court adopts the R & R in its entirety, and Plaintiff is awarded damages, attorneys' fees, and costs as set forth therein.

      The Clerk of Court is directed to terminate this case.

      SO ORDERED.

Dated: March 3, 2014
      New York, New York

                                                                _____
                                                                 ALISON J. NATHAN
                                                                 United States District Judge